Alphonso CALDWELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 58770.

Missouri Court of Appeals, Western District.

June 12, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 2001.

Application for Transfer Denied Sept. 25, 2001.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before EDWIN H. SMITH, P.J., and SMART and HOWARD, JJ.

**Order**

PER CURIAM.

Alphonso Caldwell appeals from the order of the circuit court denying his Rule 29.15 motion for post-conviction relief, following an evidentiary hearing. He claims that the motion court erred in denying his motion because he established by a preponderance of the evidence that he received ineffective assistance of trial counsel in that the evidence at the motion hearing demonstrated that competent and effective counsel would have impeached a State's witness with his prior inconsistent statement that someone other than the appellant sold him the controlled substance in question.

Judgment affirmed. Rule 84.16(b).